# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-30377

United States Court of Appeals
Fifth Circuit

**FILED**

January 14, 2019

Lyle W. Cayce
Clerk

BAHRAM ZAMANIAN, Medical Doctor;
BAHRAM ZAMANIAN, M.D.,
  A PROFESSIONAL MEDICAL CORPORATION,

Plaintiffs–Appellants,

versus

JEFFERSON PARISH HOSPITAL SERVICE DISTRICT No. 2,
  Jefferson Parish, State of Louisiana,
  Doing Business as East Jefferson General Hospital,

Defendant−Appellee.

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:17-CV-1087

Before SMITH, BARKSDALE, and HO, Circuit Judges.

PER CURIAM: [*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-30377

Bahram Zamanian sued the defendant hospital under 42 U.S.C. § 1983, claiming violation of his federal and state due process rights and breach of contract when the hospital suspended his admitting privileges for an incident regarding a particular cardiology patient.  The district court, under Federal Rule of Civil Procedure 12(b)(6), dismissed the due process claims for failure to state a claim.  Zamanian then appealed only the state and federal due process claims.

The district court carefully explained its reasoning in a comprehensive order filed August 14, 2017.  Among other things, the court pointed out that "[p]laintiff's suspension was reviewed by two separate committees, a panel of physicians over a three-day hearing, and the hospital's Board of Directors.  He conducted discovery, presented and cross-examined witnesses, submitted affidavits, and gave his statement on the incident through writing and before the different committees/panels."

We have reviewed the briefs, the applicable law, and relevant parts of the record and have heard oral argument.  The judgment is AFFIRMED, essentially on the basis of the district court's analysis.